

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00740-CV

**IN THE INTEREST OF D.S., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02168
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court